UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **RONAL ESTUARDO GUTIERREZ-RAMOS** | **CASE NO. 3:25CV999** |
| **VERSUS** | **JUDGE EDWARDS** |
| **DEPARTMENT OF HOMELAND SECURITY, ET AL** | **MAGISTRATE JUDGE MCCLUSKY** |

## ORDER

Considering the Motion to Substitute Counsel filed by the United States of America on behalf of the Department of Homeland Security and Immigration & Customs Enforcement (herein referred to as "Defendants"), in the captioned proceeding,

**IT IS HEREBY ORDERED** that said motion is **GRANTED**, and that Amy J. Miller, Assistant United States Attorney, Western District of Louisiana, is **SUBSTITUTED** as counsel of record in place of Mark Sauter, on behalf of Defendants in this proceeding, and that Mark Sauter is terminated from ECF notifications in this case.

**THUS DONE AND SIGNED** this 14th day of August, 2025, at Monroe, Louisiana.

_____
**HONORABLE KAYLA D. MCCLUSKY**
**UNITED STATES MAGISTRATE JUDGE**