# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **RONAL ESTUARDO GUTIERREZ-RAMOS ET AL #A203-624-074** | **CIVIL ACTION NO.  25-999 SEC P** |
| **VERSUS** | **JUDGE JERRY EDWARDS, JR.** |
| **DEPARTMENT OF HOMELAND SECURITY ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT OF DISMISSAL

Considering the foregoing Voluntary Dismissal (R. Doc. 17),

**IT IS ORDERED** that the above-entitled and numbered cause be and the same is hereby **DISMISSED** without prejudice.

**THUS DONE AND SIGNED** in Chambers this 10th day of September, 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**